IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------X
HANGANG GLOBAL SHIPPING CO., LTD.,

    Plaintiff,

    v.                    Civil Action No.

DELTA CORP SHIPPING PTE LTD,

    Defendant,

    and

VALLEY NATIONAL BANK,

    Garnishee.
-----------------------------------------------------------X

### ATTORNEY'S DECLARATION THAT DEFENDANTS CANNOT BE FOUND WITHIN THE DISTRICT

I, Mr. Timothy Semenoro, Esq., declare and state:

1. I am a partner with the law firm of Montgomery McCracken Walker & Rhoads LLP, representing Plaintiff Hangang Global Shipping co., Ltd. ("Hangang" or the "Plaintiff") in this action.

2. I make this declaration in support of Plaintiff's *Verified Complaint* and *Ex Parte Motion for (i) an Order Authorizing Issuance of Process of Maritime Attachment and Garnishment, (ii) Leave to Deem Service Continuous, (iii) Leave to Serve Later Identified Garnishees*.

3. I have personally inquired into the presence of Delta Corp Shipping Pte Ltd ("Delta Corp" or the "Defendant") in this District.

4. According to the New Jersey Department of Treasury Division of Revenue and Enterprise Service's Business Name Search, Delta Corp was not incorporated pursuant to the laws of New Jersey, does not have an agent for service of process in New Jersey, and is not registered to do business in New Jersey because the state has no records for Delta Corp.

5. According to the Yellow Pages, Delta Corp does not have a telephone listing or address within New Jersey because the database has no records for Delta Corp.

6. Additionally, according to Delta Corp's website, https://www.wearedelta.com/, it has offices in Singapore, Denmark, Germany, India, Ireland, Kenya, Nigeria, Rwanda, Switzerland, Tanzania, The Netherlands, USA, UK, and Uganda—but, not the United States and not in New Jersey.

7. I have found no indication that the Delta Corp can be found within this District; accordingly, I have formed a good faith belief that the Delta Corp cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Pursuant to 28 U.S.C. §1746, I verify under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2024
New York, New York

/s/ Timothy Semenoro
Timothy Semenoro
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
437 Madison Avenue
New York, NY 10022
Telephone:    (212) 867-9500
Emails:           tsemenoro@mmwr.com

*Attorneys for Plaintiff*