IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------X
HANGANG GLOBAL SHIPPING CO., LTD.,

        Plaintiff,

    v.                                                Civil Action No.

DELTA CORP SHIPPING PTE LTD,

        Defendant,

    and

VALLEY NATIONAL BANK,

        Garnishee.
-----------------------------------------------------------X

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

**TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE**

**WHEREAS**, plaintiff Hangang Global Shipping Co., Ltd. ("Hangang" or the "Plaintiff") filed a *Verified Complaint* in the United States District Court for the District of New Jersey on December 13, 2024, with a claim against defendant Delta Corp Shipping Pte Ltd ("Delta Corp" or the "Defendant") in an amount of at least USD 300,558.88 with a prayer for process to attach Delta Corp's tangible and intangible property in this District accompanied by an *Attorney's Declaration that Defendants Cannot be Found Within the District* pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Rule B") stating that, to the best of declarant's knowledge, or upon information and belief, Delta Corp cannot be found within the District, together with a *Ex Parte Motion for (i) an Order Authorizing Issuance of Process of Maritime Attachment and*

*Garnishment, (ii) Leave to Deem Service Continuous, and (iii) Leave to Serve Later Identified Garnishees*; and

**WHEREAS**, the Court reviewed the *Verified Complaint* and supporting pleadings, and found the conditions of Rule B appeared to exist and entered an order so stating and authorizing the issuance of process of maritime attachment and garnishment;

**NOW THEREFORE**, we hereby empower, strictly charge and command you, the said Marshal, to attach all tangible or intangible property of Delta Corp presently within this District, or assets expected in this District during the pendency of this action, comprised of debts and credits, including, but not limited to any funds within the possession, custody, or control of any garnishee, including, but not limited to, the named garnishees, Valley National Bank (the "Garnishee")upon whom a copy of the *Process of Maritime Attachment and Garnishment* issued in this action may be served, be attached and garnished in the amount sufficient to answer Hangang's claim, until further order of this Court;

**NOW THEREFORE**, we do further hereby empower, strictly charge and command you, the said Marshal, to execute this writ by attaching any funds or other property, goods, chattels, credits and/or effects of Delta Corp located within the District, including, but not limited to, any funds in the District that are in the care, custody, and control of the garnishees and affixing a copy of the process in a conspicuous place and leaving a copy of the *Verified Complaint* and Order with the person having possession of the funds and/or other property of Delta Corp;

We do further empower, strictly charge and command you, that said Marshal, to notify defendant Delta Corp, that:

A.  A maritime attachment and garnishment has been filed pursuant to Rule B against Delta Corp, the defendants in this action; and

B.	Delta Corp is required to file with the Clerk of the United States District Court for the District of New Jersey, with copy to plaintiff Hangang's attorneys, Timothy Semenoro, Montgomery McCracken Walker & Rhoads LLP, within thirty (30) days of service of this Writ, an answer to the *Verified Complaint*.

Witness, the Honorable _____, Judge of the United States District Court for the District of New Jersey this ___ day of December 2024.

_____
Clerk of the Court
United States District Court for the
District of New Jersey