# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

HANGANG GLOBAL SHIPPING CO., LTD.,

    Plaintiff,

v.                                                   Civil Action No.

DELTA CORP SHIPPING PTE LTD,

    Defendant,

and

VALLEY NATIONAL BANK,

    Garnishee.

-----------------------------------------------------------X

## *EX PARTE* MOTION AND MEMORANDUM FOR APPOINTMENT OF A SPECIAL PROCESS SERVER FOR SERVICE OF WRIT OF MARITIME ATTACHMENT AND GARNISHMENT

Plaintiff Hangang Global Shipping Co., Ltd ("Hangang" or the "Plaintiff") moves pursuant to Supplemental Rule B(1)(d)(ii) for an Order appointing Timothy Semenoro or any other qualified person appointed by him to serve process of maritime garnishment and any supplemental process in this matter.

1. Supplemental Rule B(1)(d)(ii) provides in pertinent part as follows:

   If the property is other tangible or intangible property, the summons, process, and any supplemental process must be delivered to a person or organization authorized to serve it, who may be (A) a marshal; (B) someone under contract with the United States; (C) <u>someone specially appointed by the court for that purpose</u>; or, (D) in an action brought by the United States, any officer or employee of the United States.

(Emphasis added).

2.       As further grounds for this motion, Plaintiff states that service of the maritime garnishment writs issued in this case will be straightforward, on garnishees located in this District. Plaintiff further avers that it is important for service to be made immediately because of the potential for the property and funds to be depleted if service is not effected immediately. Finally, utilizing private process service will conserve the resources of the United States Marshal, as the service of this maritime garnishment does not involve the seizing or arrest of a vessel.

3.       Plaintiff will, upon service, promptly cause returns of service to be filed in this case.

WHEREFORE, Plaintiff respectfully requests this Court to grant this motion and herewith submits a draft order.

Dated: December 12, 2024
       New York, New York

Respectfully submitted:

*/s/ Timothy Semenoro*
Timothy Semenoro
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
437 Madison Avenue
New York, NY 10022
Telephone:     (212) 867-9500
Emails:        tsemenoro@mmwr.com

*Attorneys for Plaintiff*